UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 1:03-cr-202-01

v.

Hon. Richard Alan Enslen

JOSHUA BRUCE VICOL,

**ORDER**

        Defendant.
_____/

Upon consideration of the United States' Motion to Include Specified Government Exhibits in the Certified Record for the Purposes of Appeal pursuant to Fed. R. App. 10(e);

**IT IS HEREBY ORDERED** that the United States' Motion to Include Specified Government Exhibits in the Certified Record for the Purposes of Appeal (Dkt. No. 116) is **GRANTED**.

**IT IS FURTHER ORDERED** that the requested exhibits admitted at the trial held on November 9, 2004, be certified and transmitted to the Clerk of the Court of the Sixth Circuit Court of Appeals pursuant to Fed. R. App. P. 10(e) and Local Rule 10(b) of the Sixth Circuit.

Dated in Kalamazoo, MI:
April 5, 2007

     /s/Richard Alan Enslen
Richard Alan Enslen
Senior United States District Judge